UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN FISCHLER, *individually and on behalf of all other persons similarly situated*,

Plaintiff,

v.

EVENT MEDICAL SERVICES, P.C. D/B/A RAPID TEST CENTER,

Defendant.

No. 22-CV-2549 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On April 13, 2022, the Court directed the parties to submit a letter, within 45 days of service of the summons and complaint, indicating whether they would prefer for the Court to (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference in the matter. Dkt. 5. The Court has not yet received that letter. The parties are directed to file their joint status letter no later than August 8, 2022.

SO ORDERED.

Dated: July 28, 2022
New York, New York

Ronnie Abrams
United States District Judge