USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN FISCHLER, individually and on behalf of all other persons similarly situated,

                Plaintiff,

                v.

EVENT MEDICAL SERVICES, P.C. d/b/a RAPID TEST CENTER,

                Defendant.

No. 22-CV-2549 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Pursuant to the Court's Order of April 13, 2022, the parties' joint status letter regarding mediation was due within 45 days of service—or by June 27, 2022. Not having heard from the parties by that date, the Court issued a second order on July 28, 2022 directing the parties to file that letter by August 8, 2022. The Court has still not received a response. The parties shall file their joint letter by August 18, 2022, or the Court will dismiss this case for failure to prosecute.

SO ORDERED.

Dated:    August 11, 2022
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge